(June 20, 1967)

In the Matter of LOUIS MAMET, Petitioner, v. EX PARTE CLERK, SUPREME COURT, NEW YORK COUNTY, Respondent

Concur — Botein, P. J., Stevens, Steuer, Rabin and Witmer, JJ.